Court of Appeals Number: 03-14-00230-CV
Trial Court Case Number: C-1-CV-13-002528
ELSIE O. JONES
Email Address: kevinandelsiejones@yahoo.com
June 18th, 2015



FILED
June 19, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Style:  Elsie O. Jones  Appellant,
             v.

     Jose G. Ramirez-Rodriguez  Appellee.


RE: Court of Appeals Number: 03-14-00230-CV
        Trial Court Case Number: C-1-CV-13-002528

Jeffrey D. Kyle, Clerk
Third Court of Appeals


## MOTION FOR LEAVE TO FILE APPELLANT'S REPLY BRIEF


On the date subscribed above Appellant/Plaintiff Elsie O. Jones asks the Court to

consider the Motion for Leave to file Appellant's Reply Brief for 20 days.

A certificate of compliance and certificate of conference will be filed also along with

the motion.   Filing fee will be included.



Respectfully submitted,
Elsie O. Jones
_____

**PRO SE LITIGANT**
**ELSIE O. JONES**
**2347 Douglas Street**
**# 6106**
**Austin, Texas 78741**
**(512) 809-7698**
**EMAIL ADDRESS:kevinandelsiejones@yahoo.com**


                              PRO SE APPELLANT
                              ELSIE O. JONES
                              APPELLANT



JUNE 18TH, 2015                                                    2

Court of Appeals Number: 03-14-00230-CV
Trial Court Case Number: C-1-CV-13-002528
ELSIE O. JONES

## Certificate of Compliance

As required by Texas Rule of Appellate Procedure 52.10(a), I certify that I have notified or made a diligent effort to notify all parties by expedited means such as by email address which is listed in the court file for the counsel on record that this motion for leave to file appellant's reply brief will be filed.

I certify that this document contains 663 words, as indicated by the word count function of the computer program used to prepared it, and certificate of conference and Motion for leave to file Appellant's Reply Brief as provided by Appellant Rule 9.4(i).

Elsie O. Jones
_____
PRO SE LITIGANT
ELSIE O. JONES
2347 DOUGLAS STREET
# 6106
AUSTIN, TEXAS 78741
TELEPHONE: (512) 809-7698
EMAIL ADDRESS: kevinandelsiejones@yahoo.com

_____June 18th, 2015_____
[Date]

Court of Appeals Number: 03-14-00230-CV
Trial Court Case Number: C-1-CV-13-002528
ELSIE O. JONES

## Certificate of Conference

As required by Texas Rules of Appellate Procedure 10.1(a)(5), I certify that I have email address that is listed in the court file for the counsel on records that this motion for leave to file appellant's reply brief will be filed.

I have asked the counsel on records to either opposed or unopposed the motion on June 18th, 2015 by email address: monica@fnwlawfirm.com.

Elsie O. Jones

PRO SE LITIGANT
ELSIE O. JONES
2347 DOUGLAS STREET
# 6106
AUSTIN, TEXAS 78741
(512) 809-7698
EMAIL ADDRESS: kevinandelsiejones@yhaoo.com

_____June 18th, 2015_____
[Date]

JUNE 18TH, 2015

4

Court of Appeals Number: 03-14-00230-CV
Trial Court Case Number: C-1-CV-13-002528
ELSIE O. JONES

## CERITFICATE OF SERVICE

I, The Undersigned, Hereby certify that a true and correct copy of the Appellee/Defendant's Attorney that is recorded in records Frey, Navarro & Whorton, P.L.L.C., Ms. Monica Jo Q. Aguon, Trinity Plaza 1, Suite 550, 750 E. Mulberry Avenue, San Antonio, Texas 78212.

On the 18th, Day of June 2015.

Frey, Navarro & Whorton, P.L.L.C.
Trinity Plaza 1, Suite 550
750 E. Mulberry Avenue
San Antonio, Texas 78212
Ms. Monica Jo Q. Aguon
Texas Bar No. 24073827
Telephone: (210) 723-9800
Fax: (210) 568-6871
Email Address: monica@fnwlawfirm.com


Attorneys for Appellee
Jose G. Ramirez-Rodriguez
Appellee


Respectfully submitted,

_____ELSIE O. JONES_____

PRO SE LITIGANT
ELSIE O. JONES
2347 DOUGLAS STREET
# 6106
AUSTIN, TEXAS 78741
(512) 809-7698
EMAIL ADDRESS: kevinandelsiejones@yahoo.com


PRO SE APPELLANT
ELSIE O. JONES
APPELLANT

_____ELSIE O. JONES_____

JUNE 18TH, 2015                                                    5

Court of Appeals Number: 03-14-00230-CV
Trial Court Case Number: C-1-CV-13-002528
ELSIE O. JONES

**Intentional left blank**

JUNE 18TH, 2015

Court of Appeals Number: 03-14-00230-CV
Trial Court Case Number: C-1-CV-13-002528
ELSIE O. JONES
June 18th, 2015

RECEIVED
JUN 1 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Frey, Navarro & Whorton, P.L.L.C.
Trinity Plaza 1, Suite 550
750 E. Mulberry Avenue
San Antonio, Texas 78212
Telephone: (210) 732-9800
Fax: (210) 568-6871
Email Address: monica@fnwlawfirm.com
Texas Bar No. 24073827
Attn: Monica Jo Q. Aguon

RE: Court of Appeals Number: 03-14-00230-CV
    Trail Court Case Number: C-1CV-13-002528

Style:  Elsie O. Jones
              v.

        Jose G. Ramirez-Rodriguez

Dear Ms. Monica:

I will be asking the Court on Motions for leave to file Appellant's Reply Brief for 20 days.

A certificate of conference will need to be provided to the court whether you as the counsel on the case listed above opposed or unopposed for this Motion. The Court Order this Motion on June 16th, 2015.

Please let me know by email before Friday June 19th, 2015 so I can file this in court as soon as possible.

(1)     A conference was held by email on June 18th, 2015 with the

        opposing party on the merits of this motion, and the

        opposing party [does] [does not] opposed the motion.

Sincerely,

Elsie O. Jones          **PRO SE LITIGANT**
2347 Douglas Street
# 6106
Austin, Texas 78741
(512) 809-7698

JUNE 18TH, 2015                                                    1

**Jones, Kevin**

| | |
|---|---|
| **From:** | kevin and elsie jones <kevinandelsiejones@yahoo.com> |
| **Sent:** | Thursday, June 18, 2015 4:56 PM |
| **To:** | Jones, Kevin; Kevin and Elsie Jones |
| **Subject:** | Fw: Motion for leave |

On Thursday, June 18, 2015 3:26 PM, Monica Aguon <monica@fnwlawfirm.com> wrote:

Dear Ms. Jones:

Given my client's desire to obtain an expedited resolution of this matter, I respectfully oppose the Motion.

Sincerely,

Monica Aguon
Attorney at Law
FREY, NAVARRO & WHORTON, PLLC
750 E. Mulberry Ave., Suite 550
San Antonio, Texas 78212
Office Line: 210.732.9800
Telecopier: 210.568.6871
monica@fnwlawfirm.com

Assistant: Juanita Rodriguez
Juanita@fnwlawfirm.com

---

**From:** kevin and elsie jones [mailto:kevinandelsiejones@yahoo.com]
**Sent:** Thursday, June 18, 2015 2:16 PM
**To:** Monica Aguon; Kevin and Elsie Jones; KEVIN JONES
**Subject:** Motion for leave

June 18th, 2015

Dear Ms. Monica
Please let me know before Friday June 19th, 2015 if you opposed or unopposed this motion.

Sincerely,

Pro Se Litigant
Elsie O. Jones
2347 Douglas Street
# 6106
Austin, Texas 78741
(512) 809-7698
Email Address: kevinandelsiejones@yahoo.com

1